UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PAN AMERICAN INTERNATIONAL NUTRITION, LTD. | : | |
| Plaintiff | : | Civil Action No. 07-4679(KSH) |
| v. | : | |
| TIMOTHY P. MATSON | : | ORDER ON INFORMAL APPLICATION |
| Defendant | : | |

This matter having come before the Court by way of letter dated November 8, 2007, regarding defendant's request for leave to file a dispostive motion; and the Court having conducted a telephone conference on the record on November 16, 2007; and the Court being advised that the defendant intends to file a motion based upon lack of personal jurisdiction and venue or in the alternative to transfer and to dismiss based upon res judicata/collateral estoppel; and for the reasons discussed on the record; and for good cause shown,

IT IS ON THIS 16th day of November, 2007

ORDERED that, no later than **November 29, 2007**, the parties may serve no more than five interrogatories (including subparts) and ten document demands directed to the issue of jurisdiction/venue/transfer, which shall be responded to no later than **January 10, 2008;**

IT IS FURTHER ORDERED that the parties may conduct one deposition directed to the issue of jurisdiction/venue/transfer and said deposition shall be completed no later than **January 30, 2008;**

IT IS FURTHER ORDERED that the defendant shall Answer, move, or otherwise respond no later than **February 22, 2008.** If a motion is filed in lieu of an Answer, the motion shall be limited to personal jurisdiction, venue, and transfer. If such a motion is filed, then any

response shall be submitted no later than **March 3, 2008** and any reply shall be submitted no later than **March 10, 2007**.  The return date shall be **March 17, 2008** before the Undersigned. No oral argument will be required unless requested by the Court; and

      IT IS FURTHER ORDERED that if the parties believe a settlement conference with the Court would be beneficial, then the parties shall contact the Chambers of the Undersigned to request a date for such a conference.

<u>s/Patty Shwartz</u>
United States Magistrate Judge